UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTO GUAGENTI and On Behalf of All Others Similarly Situated, | Case No.: 1:24-cv-01629 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| -against- | |
| KITON FIFTH AVE LLC and KITON BUILDING CORPORATION, | |
| Defendants. | |

Plaintiff(s), SANTO GUAGENTI and On Behalf of All Others Similarly Situated, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action against KITON FIFTH AVE LLC and KITON BUILDING CORPORATION without prejudice and without fees and costs.

Dated    Syosset, New York
         May 30, 2024

Sincerely,

BELL LAW GROUP, PLLC

_____
Daniel A. Johnston, Esq.
Attorney for the Plaintiff
116 Jackson Avenue
Syosset, New York 11791
dj@belllg.com
T: 516-280-3008